## B. Franklin Cronkrite et al. v. William H. Rand et al.

1.  PRACTICE—*Affirmance on Second Appeal.*—Where a case is reversed and remanded to the court below and again tried upon the principles laid down in the opinion, and is again appealed, it will be affirmed.

Appeal, from the Circuit Court of Cook County; the Hon. CHARLFS G. NEELY, Judge, presiding.   Heard in this court at the March term, 1896.   Affirmed.   Opinion filed June 29, 1896.

FLOWER, SMITH & MUSGRAVE, attorneys for appellants.

GEORGE L. PADDOCK and H. T. GILBERT, attorneys for appellees.

OPINION PER CURIAM.

This cause having been retried in the Circuit Court upon the principles laid down in the opinion filed herein on the first appeal, and being now submitted by the parties for immediate decision, the judgment of the Circuit Court is affirmed for the reasons stated in that opinion.